IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

JAMES H. SHORTZ,                               )
                                              )
            Plaintiff,                         )
                                              )
v.                                             )
                                              )     Case No. 3:19-cv-840-RAH-JTA
CITY OF PHENIX CITY,                           )
ALABAMA, *et al.*,                             )
                                              )
            Defendants.                        )

## ORDER

On February 20, 2020, the Plaintiff filed a Motion for Injunctive Relief, (Doc. 12), and on May 15, 2020, the Plaintiff filed an additional Motion for Injunctive Relief, (Doc. 15). On July 6, 2020, the Magistrate Judge filed a Report and Recommendation which recommended that the Plaintiff's motions be denied. (Doc. 18.)

Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and that the Plaintiff's motions for injunctive relief, (Docs. 12, 15), are DENIED.

DONE this 7th day of August, 2020.

_____ /s/ R. Austin Huffaker, Jr. _____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE