IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JAMES H. SHORTZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| v. | ) 2:19-CV-840-RAH-JTA |
| | ) [WO] |
| CITY OF PHENIX CITY, ALABAMA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On February 26, 2021, the Magistrate Judge filed a Recommendation (Doc. 30) to dismiss this case without prejudice. On March 15, 2021, the Plaintiff filed his Objection (Doc. 31) to the Magistrate Judge's Recommendation.

After an independent review of the file and upon consideration of the Recommendation and Objection thereto, it is ORDERED as follows:

1. The Magistrate Judge's Recommendation (Doc. 30) is ADOPTED;

2. The Objection (Doc. 31) is OVERRULED;

3. The Amended and Renewed Motion to Dismiss (Doc. 26) is GRANTED; and

4. This case is DISMISSED without prejudice.

A final judgment will be entered separately.

DONE, on this the 29th day of March, 2021.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE